UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 25-436 PJS/DLM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| v. | ) | 21 U.S.C. § 853(a) |
| | ) | 21 U.S.C. § 853(p) |
| JEROME KINTA WEST, | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession with Intent to Distribute Methamphetamine and Fentanyl)

On or about February 27, 2025, in the State and District of Minnesota, the defendant,

**JEROME KINTA WEST,**

did unlawfully, knowingly, and intentionally attempt to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, and 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly called "fentanyl"), a controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).


SCANNED
NOV 13 2025
U.S. DISTRICT COURT MPLS

*United States v. Jerome Kinta West*

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of Count 1, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____  _____
UNITED STATES ATTORNEY          FOREPERSON